# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONNA L. TURNER  
1119 N. 13TH STREET  SSN-xxx-xx-2021  
DEKALB, IL  60115

Case Number: 06-71881

Case filed on: 10/13/2006  
Plan Confirmed on: 2/2/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $3,375.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 2,374.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,374.00 | 0.00 |
| 999 | DONNA L. TURNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ALPINE BANK | 3,622.15 | 3,622.15 | 582.78 | 213.03 |
|  | Total Secured | 3,622.15 | 3,622.15 | 582.78 | 213.03 |
| 003 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 413.84 | 99.32 | 0.00 | 0.00 |
| 005 | CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 6,923.61 | 1,661.67 | 0.00 | 0.00 |
| 007 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 1,591.42 | 381.94 | 0.00 | 0.00 |
| 010 | FCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GE CONSUMER FINANCE | 2,683.97 | 644.15 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 8,908.97 | 2,138.15 | 0.00 | 0.00 |
| 013 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 194.18 | 46.60 | 0.00 | 0.00 |
| 016 | WORLD FINANCIAL NETWORK NATIONAL BANK | 706.97 | 169.67 | 0.00 | 0.00 |
| 017 | WORLD FINANCIAL NETWORK NATIONAL BANK | 508.37 | 122.01 | 0.00 | 0.00 |
| 018 | CAPITAL ONE | 2,302.10 | 552.50 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 715.61 | 171.75 | 0.00 | 0.00 |
| 020 | KOHLS/CHASE BANK USA NA | 172.38 | 41.37 | 0.00 | 0.00 |
|  | Total Unsecured | 25,121.42 | 6,029.13 | 0.00 | 0.00 |
|  | Grand Total: | 31,743.57 | 12,651.28 | 2,956.78 | 213.03 |

Total Paid Claimant:  $3,169.81  
Trustee Allowance:  $205.19  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008          By  /s/Heather M. Fagan